UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| AMY INTRES, ET AL. | CIVIL ACTION |
| VERSUS | |
| ACE AMERICAN INSURANCE COMPANY, ET AL. | NO. 22-00578-BAJ-RLB |

### JUDGMENT

Considering the **Joint Motion to Dismiss (Doc. 24)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

Baton Rouge, Louisiana, this 6th day of May, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA